KAMER ZUCKER ABBOTT
Carol Davis Zucker   #2543
Timothy W. Roehrs   #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Construction Protective Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DAVIS,<br><br>         Plaintiff,<br><br>vs.<br><br>CONSTRUCTION PROTECTIVE SERVICES, INC., a California corporation doing business in the State of Nevada,<br><br>         Defendant. | CASE NO.:   2:11-cv-00264-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff James Davis *in pro per* and Defendant Construction Protective Services, Inc. ("CPS") by and through its counsel of record, hereby Stipulate that this matter be DISMISSED WITH PREJUDICE.

The Parties have negotiated a Settlement Agreement and General Release of Claims.

All conditions of the Settlement, have been satisfied, including (1) its voluntary execution by all necessary Parties; (2) the passage of a full seven (7) day revocation period; (3) Mr. Davis's election not to exercise his right to revoke the Release during the revocation period; (4) the District Court's Approval of the Settlement Agreement and General Release; and (5) full tender by CPS of the Settlement checks to Mr. Davis.

Upon execution of this Order by the Court, the Clerk shall enter an Order of Dismissal with Prejudice.

Each Party shall bear its own costs and attorney's fees.

Dated: September 20, 2011

KAMER ZUCKER ABBOTT

By: _____
Carol Davis Zucker #2543
Timothy W. Roehrs #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
Attorneys for Defendant Construction
Protective Services, Inc.

Dated: September 13, 2011

JAMES DAVIS

By: _____
James Davis, *In Pro Per*
370 East Harmon, Apt. #H-107
Las Vegas, NV  89169

## ORDER

**IT IS SO ORDERED** this 23rd day of September, 2011.

_____
Gloria M. Navarro
United States District Judge